FILED
APR 18 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 11CR0259-GT |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING SENTENCING HEARING |
| JOSE MACHADO, ) | |
| Defendant. ) | |

ORDER

And now, this _18_ day of April, 2011, good cause appearing and based on the stipulation of the parties, the time for the sentencing hearing is continued from April 21, 2011 at 9:00 a.m. to May 5, 20111 at 9:00 a.m., and the time between April 21, 2011 and May 5, 2011 is excluded under the Speedy Trial Act.

Dated: 4-18-11

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT