FILED

MAY - 4 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HON. GORDON THOMPSON JR.)

11   UNITED STATES OF AMERICA,  )      Crim. Case No. 11CR0259-GT
                                )
12                 Plaintiff,   )
                                )
13   v.                         )      ORDER CONTINUING
                                )      SENTENCING HEARING
14   JOSE MACHADO,              )
                                )
15                 Defendant.   )
     _____)
16

17                              ORDER

18       And now, this 3ʳᵈ day of May, 2011, good cause appearing and based on the stipulation of

19   the parties, the time for the sentencing hearing is continued from May 5, 2011 at 9:00 a.m. to

20   May 19, 2011 at 9:00 a.m., and the time between May 5, 2011 and May 19, 2011 is excluded under

21   the Speedy Trial Act.

22

23   Dated: _5/3/11_

24                              HON. GORDON THOMPSON, JR.
                                UNITED STATES DISTRICT COURT
25

26

27

28