```
                                    FILED
                                    JUL 13 2011
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON JR.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 11CR0259-GT |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING HEARING |
| JOSE MACHADO, | ) | |
| Defendant. | ) | |

ORDER

And now, this 13th day of July, 2011, good cause appearing and based on the stipulation of the parties, the time for the sentencing hearing is continued from July 25, 2011 at 9:30 a.m. to August 2, 2011 at 9:30 a.m., and the time between July 25, 2011 and August 2, 2011 is excluded under the Speedy Trial Act.

Dated: July 13, 2011

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT